UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JEROME TALLEY, | |
|---|---|
| Plaintiff, | Case No. 16-cv-05313-MEJ |
| v. | **ORDER TO SHOW CAUSE** |
| EPISCOPAL COMMUNITY SERVICES, | |
| Defendant. | |

On September 23, 2016, Defendant Episcopal Community Services filed a Motion to Dismiss, with a noticed hearing date of December 1, 2016. Dkt. No. 7. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby **VACATES** the motion hearing and **ORDERS** Plaintiff Jerome Talley to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by November 1, 2016. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or set a hearing on the matter. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: October 20, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge